**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-CV-02279

SHARDEA MILLER

Plaintiff,

v.

ROBERT NEIL WALKER

Defendant.

_____

**NOTICE OF SETTLEMENT**

_____

Plaintiff, Shardea Miller, by and through her counsel, **JORDAN LAW**, respectfully submits the following Notice of Settlement. The parties have reached a settlement for the above-captioned case. The parties request that all hearings and deadlines be vacated. It is anticipated that the settlement documents will be finalized, and appropriate dismissal papers filed with the court within thirty (30) days.

Dated this 10th day of December 2024.

Respectfully submitted,

**JORDAN LAW**

*s/ Michael S. Harris*
Jason W. Jordan
Michael S. Harris
5445 DTC Parkway, Suite 1000
Greenwood Village, CO 80111
Phone: (303) 766-8153
Fax: (303) 766-5568
Email: jason@jordanlaw.com
       michael@jordanlaw.com

1

**MATLIN LAW GROUP LLC**
Brian S. Matlin
17011 Lincoln Avenue, #408
Parker, CO 80134
Phone: (720) 464-3600
Email: brian@matlininjurylaw.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December 2024, I e-mailed a true and correct copy of the above and foregoing **NOTICE OF SETTLEMENT** to the following email addresses:

Rita Booker
**Bayer & Carey, PC**
1660 N. Downing Street
Denver, CO 80218
Telephone: (303) 830-8911
rbooker@bayerlaw.com

*Attorney for Defendant Robert Neil Walker*

Brian S. Matlin
**MATLIN LAW GROUP LLC**
17011 Lincoln Avenue, #408
Parker, CO 80134
Phone: (720) 464-3600
Email: brian@matlininjurylaw.com

*Co-Counsel for Plaintiff Shardea Miller*

 *s/ Rebecca C. Madison*
Rebecca C. Madison