IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02279-NRN

SHARDEA MILLER,

    Plaintiff,

v.

ROBERT NEIL WALKER,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant, Robert Neil Walker, and Plaintiff Shardea Miller, through their respective counsel, stipulate to the dismissal of all claims as asserted against Robert Neil Walker by Plaintiff Shardea Miller, with prejudice, each party to bear their own costs and fees.

It is further stipulated and agreed an appropriate Order of Dismissal with Prejudice be entered herein upon the filing of this Stipulation, without further notice by or to any party hereto.

Dated: January 24, 2025

*/s/ Rita L. Booker*

Rita L. Booker
Bayer & Carey, P.C.
1660 N. Downing Street
Denver, CO 80218
Phone: 303-830-8911
Fax: 303-830-8917
Email: rbooker@bayerlaw.com
Attorney for Defendant Robert Neil Walker

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2025 I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Brian S. Matlin
Matlin Injury Law
17011 Lincoln Avenue, Suite 408
Parker, CO 80134
Telephone.: (720) 464-3600
Email: brian@matlininjurylaw.com
*Attorneys for Plaintiff*

Jason W. Jordan
Michael S. Harris
Jordan Law
5445 DTC Parkway, Suite 1000
Greenwood Village, CO 80111
Telephone.: (303) 766-8153
Fax number.: (303) 766-5568
Email: jason@jordanlaw.com
        michael@jordanlaw.com
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　*/s/ Jessica A. Ledesma*
　　　　　　　　　　　　　　　　　　　　Jessica A. Ledesma